FETTER STEEL BARREL CORPORATION, Respondent, v. M. D. KNOWLTON COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The order grants in part plaintiff's motion to modify defendant's demand for a bill of particulars.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM G. EASTON, Respondent, v. GLENN W. SIMPSON, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from denies defendant's motion to vacate a notice of examination before trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [182 Misc. 405.] [See 268 App. Div. 845.]

INA F. POWELL, Respondent-Appellant, v. ALBERT E. POWELL, Appellant-Respondent.— Order modified on the facts by increasing the monthly payments of alimony to the sum of fifty dollars per month and as modified affirmed, with ten dollars costs and disbursements to respondent-appellant wife. All concur, except Taylor, J., not voting. (The order modifies a divorce decree by providing that defendant pay to plaintiff the sum of twenty-five dollars per month alimony during her lifetime.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHARLES L. FURMAN, Respondent, v. CHARLES A. KUHNS, Appellant. CHARLES C. FURMAN, an Infant, by CHARLES L. FURMAN, His Guardian ad Litem, Respondent, v. CHARLES A. KUHNS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to place the cases upon the Military Calendar.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Petition of BAR ASSOCIATION OF ERIE COUNTY for an Investigation of the CITY COURT OF BUFFALO █ — Petition for an investigation of the City Court of Buffalo under section 132 of the Code of Criminal Procedure granted and Honorable Charles B. Sears, Official Referee of the Court of Appeals of the State of New York, appointed referee to conduct such investigation and to report the proceedings to this court with his findings and recommendations, and the Bar Association of Erie County, through its City Court Committee, directed to prosecute the investigation and present the evidence before the Honorable Charles B. Sears as referee. Memorandum: Since the Bar Association of Erie County, through its City Court Committee, has recently conducted a partial investigation of the City Court of Buffalo, such City Court Committee should be well qualified to prosecute the investigation of said court and the judges thereof before the referee. Under the circumstances the appointment of the Bar Association to prosecute the investigation and to present the evidence before the referee should serve to promote the ends of justice and avoid delay, expense and duplication of effort. All concur. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.